# IN THE UNITED STATES
## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

Jonathan Lee., Riches© as the Aggrieved Party, Applicant

VS

Bureau of Prisons, Michael Pettiford, Warden, and does 1-100, as Adverse Parties and Defendants

Case No: 6:06-194

APPLICATION FOR TEMPORARY RESTRAINING ORDER

2006 JAN 18 PM 2:24

Comes now Jonathan Lee., Riches©, to request that this court grant this application for a temporary restraining order against the Bureau of Prisons and its warden at FCI Bennettsville, Mr. Pettiford, so as to prevent them from removing Mr. Riches from FCI Bennettsville to FCI Williamsburg.

On or about Dec. 18th 2005 Mr. Riches summitted a Informal Resolution Form to his counsler, stating transfer to FCI Williamsburg poses immediate danger and risk to his safety, from named and unnamed associates of co-defendants currently at FCI Williamsburg. Mr. Riches recieved a response on his informal resolution, stating the appropriate authorities were contacted, if a threat is verified, he will not be housed at FCI Williamsburg.

On Jan. 13th, 2006, Mr. Riches name is on a pack out list to FCI Williamsburg, FCI Bennettsville staff disregarded Mr. Riches assertions. Farmer v Brennan 8th amendment.

All of the parties hereto, having been informed of the premises herein to ignore the requests and notices to them by Mr. Riches thereby causing him injury.

Wherefore it is requested, by way of the above, that the court grant this application for Temporary Restraining Order and set a date for a hearing on the manner as soon as possible.

page 1 of 2

## Jurat

As evidenced and attested to by the attachment of my signature herebelow, the Demandant/Secured Party does autograph, affirm and execute this Document and stipulation for Bond and affirms it to be true, correct, certain and complete, based upon Demandants/Secured Party's first hand knowledge, information and belief and affirms that these Documents are executed as a True Bill. Done and dated this **Thirteenth** Day of the **First** Month in the Year of Yahshva the Christ A.D. Two Thousand Six at near the City of Bennettsville South Carolia State.

*Jonathan Lee Riches©*

Jonathan Lee, Riches©

cc:
Informal Resolution Form
Affidavit of Facts

Stipulation For Bond

Jonathan Lee., Riches©

page 1 of 1