# INFORMAL RESOLUTION FORM

**NOTICE TO INMATE:** Bureau of Prisons Program Statement 1330.13 requires that except as provided in 542.13(b) an inmate shall first present an issue of concern informally to staff and staff shall informally attempt to resolve the issue prior to submitting a BP-9.

*************************************************************

**INSTRUCTIONS:** Counselors will complete and attach this form to each Request for Administrative Remedy Form (BP-9) submitted, if not informally resolved.

| Jonathan Lee Riches | 40948-018 | B-2 | |
|---|---|---|---|
| Inmate Name | Register No. | Qtrs./Unit | Inmate Signature |

1. Specific complaint (one 8 ½" x 11" continuation page may be attached):

I was advised by counselor Echols Dec 8th 2005 aprox 3pm that I have been re-designated to FCI Williamsburg. Due to personal safety and security concerns with abused and mistreated inmates/staff at Williamsburg (see attached affidavit), I demand this transfer to FCI Williamsburg be cancelled.

2. What efforts have been made by the inmate to resolve the complaint informally? To whom has the inmate spoken?

During my unit team (see attached affidavit), I made known potential risk to my security and safety if transferred to FCI Williamsburg. Case manager Avery, and counselor Echols were present.

3. What action does the inmate wish to be taken to correct the issue?

Transferring to FCI Williamsburg poses a potential risk to my security and safety (see attached affidavit) Supreme court Farmer v Brennan 8th amendment. I ask to remain at FCI Bennettsville.

Correctional Counselor's Comments (including actual steps taken to resolve):

Your Unit Team has contacted the appropriate authorities regarding your claim — If a threat is verified, you will not be housed at the same institution as the individual in question —

_____  12/29/05
Correctional Counselor    Date

Staff Circle One:

Informally Resolved    Not Informally Resolved

Unit Manager's Review

_____  12-29-05
Unit Manager    Date

Distribution by Correctional Counselor:

1. If complaint is informally resolved, forward original to Administrative Remedy Clerk for filing.

2. If complaint is **not** informally resolved, attach original to BP-9 Form and forward to Administrative Remedy Clerk for processing.

| | Inf. Resolution Form Issued to Inmate | Inf. Resolution Form Returned to Counselor | BP-9 Issued to Inmate | BP-9 Returned to Counselor | BP-9 Delivered to Admin Remedy Clerk |
|---|---|---|---|---|---|
| Date: | 12/16/05 | 12/18/05 | | | |
| Time: | 3:35 pm | 3:30 pm | | | |
| Counselor: | | | | | |