# AFFIDAVIT OF FACTS

Affiant hereby affirms and states the following facts and certifies that he is of lawful age, competent to testify to the matters contain herein, from first hand knowledge.

Comes Now Jonathan Lee Riches who now states as follows:

1) On Dec. 8th 2005 at aprox. 3pm, I was advised by my B-2 counsler Ms. Echols FCI Bennettsville that my visitation list had been approved regarding my parents who are co-defendents in my case. At this time Ms. Echols advised me that I had been re-designated to FCI Williamsburg. I told her I did not request a transfer. Echols advised me that it was regions decision, not this institutions. Shortly after terminating this discussion, I remembered multiple associates affiliated with my co-defendents in various enterprises, who I can not name at this time due to adverse ramification to my ongoing efforts in my case, are located at FCI Williamsburg. Transfering me to FCI Williamsburg, I feel would place me at unnecessary risk and danger from these parties, and I feel compelled to demand a separation order to placed on me from my co-defendents and their associates.

2) On Dec 9th 2005 aprox 2pm while attending my B-2 team recriew, I advised case manager Avery and counsler Echols verbally and with a cop-out that I required protection and separation from certain parties, associates of my co-defendents named and unnamed, who are currently at FCI Williamsburg. Case Manager Avery appeared to disbelieve my assertions, folded the cop-out and placed it in my file, stating "She would look into it."

The Affiant attests and affirms that the facts contain herein are true, correct, complete, and are not misleading in any material respect, and based on his personal knowledge.

Affiant's Autograph _____

Due to restrictions on type writers in the law library, this affidavit was hand written.