

Jonathan Riches #40949-018
P.O. Box 52020 FCI
Bennettsville SC 29512

Legal Mail

2006 JAN 19 PM 2:25

ITEM X-RAYED BY USMS
Signature
Date 1-19-06

United States District Court
District of South Carolina
Clerk of Court
Larry W. Propes
901 Richland St.
Columbia, SC 29201

FLORENCE SC 295
17 JAN 2006 PM