UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **Jonathan Lee Riches**, #404948-018, ) | **C/A No. 6:06-194-MBS-WMC** |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | Order |
| Bureau of Prisons; ) | |
| Michael Pettiford Warden; and ) | |
| John Does 1-100, ) | |
| ) | |
| Respondents. ) | |

This case is subject to summary dismissal under the Prison Litigation Reform Act, which includes 28 U.S.C. § 1915A. Since this case is subject to summary dismissal, it is not necessary for this Court to consider any issues relating to payment of the filing fee in installments. *See* Misc. No. 3:05-MC-5010-17 (D.S.C., November 1, 2005).

The Office of the Clerk of Court is directed *not* to authorize the issuance and service of process in this case, unless it (the Office of the Clerk of Court) is instructed by a United States District Judge or a Senior United States District Judge to do so.

The Office of the Clerk of Court may file the pleadings as of the date they are received for docketing.[*]

For Petitioner's future reference, if Petitioner wants copies of items that he files with the Clerk of Court returned to him, he (Petitioner) must provide the copies and a self-addressed envelope with sufficient postage attached to the envelope for return mail.

Petitioner is a *pro se* litigant. Petitioner's attention is directed to the following important notice:

**TO PETITIONER:**

You are ordered to always keep the Clerk of Court advised **in writing (Post Office Box 10768, Greenville, South Carolina 29603)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for

---

[*] In the event that a limitations issue arises in this case, Petitioner will have the benefit of the holding in Houston v. Lack, 487 U.S. 266 (1988). The Houston v. Lack "delivery" date in this case is January 17, 2006.

you to meet will be received by you. If as a result of your failure to comply with this Order, you fail to file something you are required to file within a deadline set by a District Judge or a Magistrate Judge, your case may be dismissed for violating this Order. Therefore, if you have a change of address before this case is ended, you must comply with this Order by immediately advising the Clerk of Court in writing of such change of address. Your failure to do so will not be excused by the Court.

Put this Order with your own record of this case so that you will not overlook your duty. If an attorney serves you by mail on behalf of a Respondent, you also have a duty to notify that attorney if your address is to be changed for mail purposes.

Petitioner is, hereby, informed that if his address changes in the future, he must provide *his* prison or jail address. Hence, the Office of the Clerk of Court shall *not* enter any change of address submitted by Petitioner which directs that mail be sent to a person other than Petitioner unless that person is an attorney admitted to practice before this Court, and the attorney has entered an appearance.

**Petitioner's attention is directed to important information contained on the attached page.**

IT IS SO ORDERED.

s/William M. Catoe
United States Magistrate Judge

January 27, 2006
Greenville, South Carolina

**IMPORTANT INFORMATION ....PLEASE READ CAREFULLY**!

# WARNING TO PRO SE LITIGANTS

All Documents That You File with the Court Will Be Available to the Public on the Internet Through Pacer (Public Access to Court Electronic Records) and the Court's Electronic Case Filing System.

*YOU* ARE RESPONSIBLE FOR PROTECTING YOUR IDENTITY FROM POSSIBLE THEFT. *YOU* MUST REMOVE CERTAIN *PERSONAL IDENTIFYING INFORMATION* FROM ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING. IT IS NOT THE COURT'S RESPONSIBILITY TO REMOVE PERSONAL IDENTIFYING INFORMATION FROM YOUR DOCUMENTS BEFORE THEY ARE ELECTRONICALLY DOCKETED.

Under the Privacy Policy of the Judicial Conference of the United States, *a litigant, whether represented by counsel or appearing pro se, must not put certain types of the litigant's (or any other person's) personal identifying information or other sensitive personal information in documents submitted for filing to any United States District Court*. This rule applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party for filing. If the litigant finds it necessary to submit a document containing personal identifying information, the litigant must "black out" or redact the personal identifying information prior to submitting the document to the Office of the Clerk of Court for filing.

1. Types of personal information that **MUST** be removed or redacted from documents before filing:

**(a) Social Security numbers.** If an individual's social security number must be included in a pleading, only the last four digits of that number shall be used.
**(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, only the initials of that child shall be used.
**(c) Dates of Birth.** If an individual's date of birth must be included in a pleading, only the year shall be used.
**(d) Financial Account Numbers.** If financial account numbers are relevant, only the last four digits of these numbers shall be used.
**(e) Home Address Information.** If the home address of a person must be included, only the city and state shall be listed, except for the mailing address of a *pro se* litigant, which is necessary for notification of court proceedings, or the full address of a party to be served on necessary service papers.
**(f) Juror Information.** If a document containing identifying information about a juror or potential juror must be filed (*e.g.*, verdict form or indictment), all personal information identifying a juror or potential juror must be redacted.

2. Other sensitive personal information that should be considered for possible removal or redaction:

Any personal identifying number, including a driver's license number; medical records; employment history; individual financial information; proprietary or trade secret information; information regarding an individual's cooperation with the government; information regarding the victim of any criminal activity; national security information; and/or sensitive security information described in 49 U.S.C. § 114(s).