**RETURN TO SENDER**

RECEIVED
USDC CLERK, GREENVILLE, SC

2006 FEB 14 A 10: 3

☒ Individual No Longer In Custody
☐ Can't Identify
☐ Unauthorized Item Enclosed
☐ No Package Authorization on File

☐ OTHER

ACS
☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

RTS
RETURN TO SENDER

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 10768
GREENVILLE, SOUTH CAROLINA 29603

OFFICIAL BUSINESS