Riches v. Bureau of Prisons et al
6:06-cv-00194-MBS    Date Filed 03/20/2006    Entry Number 7    Page 1 of 1
Doc. 7

AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Jonathan Lee Riches

vs.

Bureau of Prisons;
Michael Pettiford;
John Does 1-100

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:06-00194-MBS

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]  **Decision on the Record.**  This action came before the court on the record. The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** the petition be dismissed without prejudice.

LARRY W. PROPES, Clerk

BY:  s/Dianne Napier
       Case Manager

March 20, 2006